In re:                                                              Case No. 19-30707-hcd
Ignacio Chagoya                                                     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0755-3     User: admin     Page 1 of 1     Date Rcvd: Jun 21, 2019
                        Form ID: pdf004     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.
```
db            +Ignacio Chagoya,    57835 7th St,    South Bend, IN 46517-1903
smg           +Indiana Employment Security Division,    10 North Senate Street,    Indianapolis, IN 46204-2201
14665399      +Elkhart County Treasurer,    Bankruptcy Clerk,    Room 201,    117 North Second Street,
                Goshen IN 46526-3231
14665415      +HOMEPOINT MORTGAGE,    2211 OLDEARHART RD,    ANN ARBOR MI 48105-2963
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14665400       E-mail/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jun 22 2019 03:51:51
                Indiana Department of Revenue,    Bankruptcy Section - MS 108,    100 North Senate Avenue, N240,
                Indianapolis IN  46204
14665401       E-mail/Text: cio.bncmail@irs.gov Jun 22 2019 03:49:55      Internal Revenue Service,
                P. O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTAL: 2
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Home Point Financial Corporation
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:
```
              Debra L. Miller    dmecf@trustee13.com
              Molly Slutsky Simons    on behalf of Creditor   Home Point Financial Corporation
               bankruptcy@sottileandbarile.com
              Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF )
)
IGNACIO CHAGOYA ) CASE NO. 19-30707
) CHAPTER 13/dlh
)
Debtor(s) )

## COURT MINUTES DISMISSING CASE

**NATURE OF PROCEEDINGS:** Hearing on the Chapter 13 Trustee's MOTION TO DISMISS filed on May 10, 2019

**DATE & TIME:** June 6, 2019 at 1:30 p.m.                                **DOCUMENT NO.** 10

**APPEARANCES:**
DEBTOR, IGNACIO CHAGOYA, PRO SE .......................................... NOT PRESENT
CHAPTER 13 TRUSTEE: DEBRA L. MILLER, ESQ ................................. PRESENT

---

Hearing was held on June 6, 2019, in South Bend, Indiana, on MOTION TO DISMISS filed by the Chapter 13 Trustee. Despite being given proper notice, the debtor failed to attend the hearing.

The court, being duly advised, grants the Chapter 13 Trustee's motion to dismiss.

**IT IS ORDERED** the above-captioned Chapter 13 petition is hereby **dismissed, without prejudice.**

The court will not entertain a motion for reconsideration of this order of dismissal unless all unpaid fees are paid at the time the motion is made. The Clerk is directed to refuse any future case submitted for filing by the debtor(s) without payment in full of all past filing fees. The unpaid filing fee of $310.00 remains due and owing notwithstanding the dismissal of the case. The clerk is permitted to proceed to collect the unpaid filing fee by whatever means are available, including turning the matter over to the United States Attorney, if appropriate.

Any wage deduction order which may be in force is terminated, effective with the date of this order. It is the debtor's responsibility to notify the employer that the wage deduction order is terminated.

The clerk is directed to give notice of the dismissal to all creditors.

DATED: __June 20, 2019__

_____
HARRY C. DEES, JR., JUDGE
UNITED STATES BANKRUPTCY COURT